Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Eastern Division

Jonathan Montoya-Rojas
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Chicago
J.P. O'Brien 7775
M.J. Paterkiewicz 13381
T.M. Bickham 284
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jonathan Momtoya-Rojas |
| Address | 4632 S. Albany |
| | Chicago, IL 60632 |
| | *City* *State* *Zip Code* |
| County | Cook |
| Telephone Number | |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | City of Chicago |
| Job or Title *(if known)* | |
| Address | 121 N. LaSalle St. |
| | Chicago, IL 60602 |
| | *City* *State* *Zip Code* |
| County | Cook |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | J.P. O'Brien 7775 |
| Job or Title *(if known)* | Chicago PD Officer |
| Address | |
| | *City* *State* *Zip Code* |
| County | Cook |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: M.J. Paterkiewicz 13381
Job or Title (if known): Chicago PD Officer
Address:
City:  State:  Zip Code:
County: Cook
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

Defendant No. 4
Name: T.M. Bickham 284
Job or Title (if known): Chicago PD Officer
Address:
City:  State:  Zip Code:
County: Cook
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of the Fourth And Fourteenth Amendments to the Constitution of the United States of America

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On June 29, 2022, defendants CPD Officers conducted a warrantless search of Plaintiff's person and automobile in violation of the 4th & 14th Amendments. The Honorable James Linn conducted a hearing at which he concluded that the aforementioned Amendments had been violated and thereafter suppressed the evidence obatined pursuant to the unlawful search and seizure under case number 22 CR 97736-01.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Place of arrest: 1650 W. Pershing Rd., Chicago, IL 60609
12:40 P.M.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Place of arrest: 1650 W. Pershing Rd., Chicago, IL 60609

12:40 P.M.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant CPD Officers conducted a warrantless search of Plaintiff's person and automobile. A firearm was located inside the dashboard of the automobile and Plaintiff was placed under arrest. The Honorable James Linn in Cook County case 22 CR 97736-01 concluded that the Defendant's had acted in violation of the 4th & 14th Amendments to the Constitution of the United States of America and therefore suppressed the evidence. The only witnesses were the Plaintiff and Defendants.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive damages in excess of $50,000.00
Plaintiff was incarcerated for 2 days and then placed on electronic monitoring (confined to his residence) for eight months thereby restricting his movement and his ability to gain employment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B.  For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | Charles J. Zuganelis & Dennis M. Doherty |
| Bar Number | 6182294 |
| Name of Law Firm | Charles J. Zuganelis, Attorney |
| Address | P.O. Box 31582 |
| | Chicago, IL 60631 |
| | *City / State / Zip Code* |
| Telephone Number | (708) 516-6030 |
| E-mail Address | zuganelispc@ymail.com |